TIP INMANN ARMSTRONG, APPELLANT, V. CITY NATIONAL BANK OF LINCOLN, APPELLEE.

FILED MARCH 1, 1927.  No. 24693.

APPEAL from the district court for Lancaster county: WILLARD E. STEWART, JUDGE. *Affirmed.*

*Frank M. Tyrrell, Wilmer B. Comstock* and *Craven & Bickford,* for appellant.

*Stewart, Perry, Stewart & Van Pelt, contra.*

Heard before GOSS, C. J., DEAN, DAY, GOOD, THOMPSON, and EBERLY, JJ.

PER CURIAM.

The court has carefully considered the assignments of error and the evidence in the record.   Under the evidence no conclusions could be arrived at with reason other than that there is no liability on the part of the defendant bank. The jury were fully warranted in arriving at the verdict and the errors assigned could not have been prejudicially erroneous.

The judgment of the district court is

AFFIRMED.